IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **BRANDON K. SMITH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 5:20-CV-00069-MTT-MSH |
| | : | |
| **UNNAMED DEFENDANTS,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

### ORDER

Presently pending before the Court is a document (ECF No. 1) that has been construed as a complaint seeking relief pursuant to 42 U.S.C. § 1983 filed by *pro se* Plaintiff Brandon K. Smith, a prisoner most recently incarcerated in the Macon State Prison in Oglethorpe, Georgia. On April 29, 2020, Plaintiff was ordered to (1) either pay the Court's filing fee in full or file a non-prisoner motion for leave to proceed *in forma pauperis* and (2) recast his Complaint on the Court's standard form. Plaintiff was given twenty-one (21) days to comply, and he was warned that the failure to fully and timely comply could result in the dismissal of his Complaint. *See generally* Order, Apr. 29, 2020, ECF No. 4.

The time for compliance passed without a response from Plaintiff. As such, on July 21, 2020, Plaintiff was ordered to respond and show cause why his lawsuit should not be dismissed for failing to comply with the Court's orders and instructions. Plaintiff was again given twenty-one (21) days to respond, and he was again warned that the failure to comply would result in dismissal of his Complaint. *See generally* Order, July 21, 2020, ECF No. 5.

The time for compliance has again passed without a response from Plaintiff. This action is therefore **DISMISSED without prejudice** for Plaintiff's failure to diligently prosecute his claims and for his failure to comply with the Court's orders and instructions. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.1978)).

**SO ORDERED**, this 9th day of September, 2020.

    S/ Marc T. Treadwell
    MARC T. TREADWELL, CHIEF JUDGE
    UNITED STATES DISTRICT COURT